UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. DANIELS,<br><br>    Plaintiff,<br><br>  v.<br><br>S. OLMEDA, et al.,<br><br>    Defendants. | Case No. CV 09-9253 PA(JC)<br><br>ORDER (1) GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL; AND (2) DISMISSING (2) ACTION WITHOUT PREJUDICE |

On September 17, 2010, plaintiff Jeffrey M. Daniels ("Plaintiff"), who is proceeding pro se and has been granted leave to proceed in forma pauperis, filed a Civil Rights Complaint ("Complaint") against defendants S. Olmeda and E. Jordan. Defendants have not yet been served in this case and thus, have not filed an answer or motion for summary judgment. On May 9, 2011, plaintiff filed "Plaintiff's Withdrawal of Case No. CV 09-09253 PA(JC)" ("Plaintiff's Motion") in which plaintiff indicates that he wishes to withdraw the Complaint and this case. The Court construes Plaintiff's Motion as a Motion for Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

///
///
///

IT IS HEREBY ORDERED:

1. Plaintiff's Motion is granted.

2. Pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY

IT IS SO ORDERED this 11th day of May, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge