1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11   JEFFREY M. DANIELS,            )   Case No. CV 09-9253 PA(JC)
                                    )
12                 Plaintiff,       )
                                    )   JUDGMENT
13          v.                      )
                                    )
14   S. OLMEDA, et al.,             )
                                    )
15                 Defendants.      )
                                    )
16   ─────────────────────────

17       Pursuant to the Court's Order (1) Granting Plaintiff's Motion for Voluntary

18   Dismissal; and (2) Dismissing Action Without Prejudice, this action is dismissed

19   without prejudice.

20       IT IS SO ORDERED AND ADJUDGED.

21

22       DATED:    May 11, 2011

23

24                                     _____

25                                     HONORABLE PERCY ANDERSON
                                       UNITED STATES DISTRICT JUDGE
26

27

28